Jean C. Bobus, Plaintiff-Appellee, *v.* Charles E. Bobus, Defendant-Appellant.

(No. 73-201;

Second District (1st Division)—December 18, 1974.

Opinion by Mr. JUSTICE GUILD.

Jones & Huszagh, of Chicago, for appellant.

Pokorny & Snyder and Richard W. Kennedy, both of LaGrange, for appellee.